UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-mj-3992-Becerra

UNITED STATES OF AMERICA

v.

MOSTAFA HUSSAINI

                Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    ___ Yes  ✓ No

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

BY:   *Bertila Fernandez*
         Bertila L. Fernandez
         ASSISTANT UNITED STATES ATTORNEY
         Florida Bar No.    124092
         99 N.E. 4th Street
         Miami, Florida 33132
         Tel:      305-961-9099
         Fax:     305-530-7976
         Email:   Bertila.Fernandez@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MOSTAFA HUSSAINI | ) | Case No. 1:19-mj-3992-Becerra |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 08, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Monie J. Phillips, FBI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/12/2019

_____
Judge's signature

City and state: Miami, Florida

Jacqueline Becerra, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Monie J. Phillips, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Department of the Army, United States Department of Defense, and have been since June 2003. I am currently assigned as a Task Force Officer ("TFO") to the Federal Bureau of Investigation ("FBI") Joint Terrorism Task Force of the FBI Miami Division, and have been so assigned since August 2018. My duties involve the investigation of a variety of violations of federal offenses including threats to life, acts of domestic terrorism, and other violations of federal law. I have completed approximately eight months of basic and specialized training at the Federal Law Enforcement Training Center and Joint Counterintelligence Training Academy. During that time, I received formal training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of search and seizures, computer evidence seizure and process, and various other criminal laws and procedures.

2. The facts set forth in this affidavit are provided in support of the attached criminal complaint, charging Mostafa A. HUSSAINI (the "Defendant" or "HUSSAINI") with Interstate Transmission of Threatening Communications, in violation of Title 18, United States Code, Section 875(c).

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this affidavit each and every fact known to me or to the law

enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest HUSSAINI for the above violation.

## PROBABLE CAUSE

### Threatening Communications via YouTube

4. On December 6, 2019, a resident of Miami-Dade County notified the Miami-Dade County Communications Department regarding four (4) YouTube videos posted by HUSSAINI. Miami-Dade County contacted the Miami Beach Police Department ("MBPD") making it aware of HUSSAINI videos.

5. On December 10, 2019, MBPD notified the FBI of HUSSAINI's YouTube videos. MBPD provided the FBI with the four (4) YouTube videos that were originally reported to the Miami-Dade County Communications Department.

6. The FBI discovered that HUSSAINI had uploaded a total of twelve (12) videos on to YouTube under his personal account. A review of HUSSAINI's YouTube videos and comments – which were made on a forum that is publicly available over the internet – led to the discovery of threatening communications made by HUSSAINI. The threating communications were directed at various people, including African Americans, certain members of religious faiths, military members, and others.

7. On December 8, 2019, HUSSAINI published a video titled, **Solider Burns, Fantasizing to Burn Enemy**. In this video HUSSAINI, who is clearly identifiable, makes various racial slurs and states that he wants to burn "black people." During the video, HUSSAINI appears to use an accelerant, which he stated was gasoline, to create an open flame at a grill in a public space. In the video HUSSAINI states, "Imagine burning a black person, because I don't like blacks. I don't know any blacks. I, I cannot even name any blacks. I don't know any black people…

2

This gasoline imagine burning some black soldiers they are going to look very black. I can burn thousands millions of them." Moreover, in the information section of the video HUSSAINI wrote, in part,

> In this Vlog I am demonstrating a worrier technique of killing your enemy, I am a very serious worrier, a worrier that kings fear the most and if not kings the chiefs of police and defense ministers fear the most, I kill proudly. Anyone you bring to the battle will be killed all the way to your Jesus whose story is famous. I kill, I burn, and I am ambitious for more kills. I am a king killer. Make sure never to tell me what to do, if so I will kill you.
>
> [...] I genocide races, I want to genocide most animals, all black people, all blonde people, most of European people, all brown hair people and hairy people of any race, blue eyed people, green eyed people. I challenge and warn you, make sure you not to bully me or anybody for your hairy bodies or the physical bodies or anything of that nature, I am racist and only few of my own race is plenty to live on, but who the stupid are you to entract with me, if you disrupt me I must burn you when the war begins, and you will killed by me, I don't have any loses undefeated undisputed killer, I will hit the one against anybody, if there is a fight I will fight anybody any gender any age, I am a worrier and will never back off from war. This said if you are a king of somewhere I want to let you know I have no respect for a foreign king, just like i don't have no respect for a monkey. I kill you. I am my own king.

8.      On December 7, 2019, HUSSAINI uploaded a video titled, **Car Shopping, Vlog, Mitsubishi is the Weapon of Choice, Part 1**. In the information section of this video – which appears to be filmed in an actual Mitsubishi car dealership – HUSSAINI wrote, in part,

> Is it a car or a tank or a flying tank about to hit you and expose you and give you the worst available. Or is it a car to take you to work, shopping, leisure activities, and other places and brings you back home. A car to be strong in any condition, like a worrier be ready to kill, the car to run over the enemy head and break and smash it on the ground like an egg. Killing a chicken is as easy as breaking an egg, and yeah I have killed lots of them some of which is posted on my vlogs and blogs, I cut kill a few chickens in a vlog and burn a parakeet, maybe the next time I should just break a few eggs as there is not a lot of difference and pleasure in killing, and yeah I know because I kill anything [...] These Mitsubishi vehicles can be used in wars to burn every enemy skin and eyes, punish them to maximum punishments and kill them. I can be your best friend and worst enemy.

It should be noted that law enforcement is aware that HUSSAINI has an automobile that is registered to him which can be seen in at least one of the videos as well. During the aforementioned time period of the above videos, HUSSAINI's automobile was in the Southern District of Florida.

9. On December 4, 2019, HUSSAINI published a video titled, **Shit On Miami Beach,** Part 2, where he stated "I don't like blacks, Spanish, some white, but there is no whites in Miami… Try to stay outside City of Miami… If you are in Miami bring you gun and let everyone know… If you have a machine gun bring your machine gun. If you have your handgun bring your handgun."

10. In the information section of this video, he wrote, in part,

> A proposal came to pour gasoline on all Americans and burn them out of your world your mind, I said if it was as easy said and done yes but it is extremely difficult. Imagine burning every culy black people's hair, every blond hair, every brown hair, and every hair people, and every big and tall people the whole continent of America will smell like a burning hair and this racism continues on outside the boundaries of this hateful American continent. My shit under the national monuments, my shit in government presidents' mouth, we are national, international and global here, whoever there maybe, my shit in their mouths…To those who teased me I want to clearly let you know you can't tease me anymore and I hope soon I will be able to make a video better a vlog video to give an example of how you can't. There is an end to everything and this teasing ended here now. Most teasing people were Christians wearing T looking crucified crosses, I want to assure I will burn you out like your Jesus ashed down on the dirtiest grounds, evaporated into the dirtiest atmospheres. I want to let you know I have no respect for religious people like them Nazi associates who wanted to systematically genocide all European Jews, I also want to genocide Americans. As I have no respect for American Male or female, that is why I shitted on their beaches to let them know their game has ended you have nothing to play with anybody specially me. It only gets worst

11. On October 16, 2019, HUSSAINI uploaded a video of himself setting a living parakeet on fire, killing the parakeet. In the video, HUSSAINI claims to have named the Parakeet "Jesus" because he hates Christians and wants to kill them. In the video HUSSAINI again makes

racial slurs, and comments directed at military members, various religions, and persons with other specific physical features.

## CONCLUSION

12.   Based on my training and experience, and when taking the series of events depicted in the videos and comments, including the use of fire, his visit to a car dealership, his reference to a car as a weapon, and his stated desire to kill, I respectfully submit that there is probable cause to believe that, on or about December 8, 2019, HUSSAINI, violated Title 18, United States Code, Section 875(c).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Respectfully submitted,

_____
MONIE J. PHILLIPS, FBI TFO

Subscribed to and sworn before me in Miami-Dade County, Florida this 12 day of December, 2019.

_____
HONORABLE JACQUELINE BECERRA
U.S. MAGISTRATE JUDGE